IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO. 09-30341
    PEARSON, KIMBERLY BYRD

CHAPTER 7

    Debtor(s).

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS
## PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 7 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE  68197 | $945.71 |

The check was mailed to the creditor at the above address on June 28, 2011.  The check was never cashed and was not returned to the Trustee.  A stop payment has been issued on this check.

    /s/ Karin A. Garvin
    Karin A. Garvin, Trustee
    FL Bar No. 0106933
    1801 W. Garden Street
    Pensacola, FL  32502
    850-437-5577/850-437-5250 fax
    trustee@kgarvinlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court.  *Note: for verification of the date of service, please check the docket entry for this document.*

    /s/ Karin A. Garvin